IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | CRIMINAL NO. 5:06-CR-31(HL) |
| : | |
| MICHAEL L. CHAMBLISS, : | |
| JERMAINE L. HARP and : | |
| ERIC P. THOMAS : | |
| _____ : | |

## **ORDER ON MOTION TO CONTINUE TRIAL**

Currently before the Court is the Joint Motion for Continuance of the trial of this case. Through this motion, the Government asserts that a continuance is necessary in this case as counsel for defendant Chambliss is currently in trial on another case before Honorable C. Ashley Royal. Additionally, counsel for the parties are requesting that this case be specially set down for trial due to the number of witnesses to be called to testify. Through this motion, the parties assert that a continuance is necessary in this case to allow counsel to adequately prepare for trial. Having considered the matter, this Court finds that the ends of justice served by granting a continuance do, in fact, outweigh the best interests of the public and the defendants to a speedy trial. Failure to grant the present motion would deprive the parties and not allow a reasonable time for the parties to effectively prepare for trial.

It is therefore ORDERED that the foregoing Motion for Continuance be GRANTED and that the trial in this case be scheduled for the Macon Division trial term which is presently scheduled for <u>April 9, 2007</u>. It is further ORDERED that the delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of Title 18, United States Code, Section 3161(h)(1)(D) and (h)(8)(A) in computing the time

from indictment to trial under the Speedy Trial Act.

SO ORDERED this 25th day of January, 2007.

**S/ Hugh Lawson**
HONORABLE HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Presented by:


s/VERDA M. COLVIN
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 018901