**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **MICHAEL CHAMBLISS,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| v. | : | **Case No. 5:08-CV-90034(HL)** |
| | : | **28 U.S.C. § 2255** |
| **UNITED STATES OF AMERICA,** | : | **Case No. 5:06-CR-31(HL)** |
| | : | |
| **Respondent.** | : | |
| | : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 224) on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 217).  The R&R recommends denying the Motion.  Petitioner has filed an Objection (Doc. 225).  Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portion of the R&R to which Petitioner objects.  After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 23rd day of July, 2009.


_s/   Hugh Lawson_

**HUGH LAWSON, Judge**


dhc