IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MICHAEL CHAMBLISS, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| VS. | : | CASE NO. 5:08-CV-90034 (HL) |
| | : | 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | : | |
| | : | CASE NO. 5:06-CR-31 (HL) |
| Respondent. | : | |
| | : | |

## ORDER

Before the Court is petitioner **MICHAEL CHAMBLISS'** application for a certificate of appealability ("COA") (R. at 230) from the Court's July 23, 2009 Order (R. at 228), which adopted the United States Magistrate Judge's Report and Recommendation that petitioner's 28 U.S.C. § 2255 motion be denied (R. at 224).

Under 28 U.S.C. § 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in the United States Magistrate Judge's Report and Recommendation and this Court's Order adopting the same, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

Accordingly, the application for a COA is **DENIED**.

**SO ORDERED**, this 27th day of August, 2009.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

lnb