IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MICHAEL CHAMBLISS, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| VS. | : | CASE NO. 5:08-CV-90034 (HL) |
| | : | 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | : | |
| | : | CASE NO. 5:06-CR-31 (HL) |
| Respondent. | : | |
| _____ | : | |

## ORDER

Petitioner Michael Chambliss has filed a second motion for a certificate of appealability ("COA") (R. at 234) from the Court's July 23, 2009 Order (R. at 228), which adopted the United States Magistrate Judge's Report and Recommendation that petitioner's 28 U.S.C. § 2255 motion be denied (R. at 224). The Court, in an Order dated August 27, 2009, denied petitioner's first motion for a COA (R. at 231).

For reasons already stated in the Court's August 27, 2009 Order, petitioner's second application for a COA is **DENIED**.

Petitioner's motion for leave to proceed *in forma pauperis* on appeal is **DENIED AS MOOT**.

**SO ORDERED**, this 7th day of October, 2009.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

lnb